IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAUL MIRO, JR.,

        Appellant,

 v.

                              Case No. 5D21-2272
                              LT Case No. 2021-CF-392-A

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed August 30, 2022

Appeal from the Circuit Court for
Seminole County,
Marlene M. Alva, Judge.

Matthew J. Metz, Public Defender, and
Andrew Mich, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.